IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM R. MULDROW,**

    **Plaintiff,**

v.                                          **Case No. 4:15cv207-MW/CAS**

**CAPITAL ONE SERVICES, LLC,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Capital One Services, LLC,'s motion to dismiss, ECF No. 16, is **GRANTED**. Plaintiff is permitted to **submit an amended complaint** against Defendant in which Plaintiff alleges his claim under the Fair Credit Reporting Act on or before February 8, 2016. This case is **remanded** to the Magistrate Judge for

1

further proceedings.

**SO ORDERED on January 21, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
